UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON,<br>　　　　Petitioner,<br>　　v.<br>PEOPLE STATE OF CA,<br>　　　　Respondent. | Case No. 18-01378 BLF (PR)<br>**ORDER OF TRANSER** |

Petitioner, a state prisoner at the California Men's Colony State Prison in San Luis Obispo, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, seeking a "youthful offender parole hearing." (Pet. at 3.) If the petition challenges the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Therefore, venue properly lies in the Central District of California, wherein the County of San Luis Obispo lies, and not in this one. *See* 28 U.S.C. §§ 84(c), 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Western Division of the Central District of California. *See* 28 U.S.C. § 1406(a).

///

The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

**Dated:** 6/28/2018

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order of Transfer
PRO-SE\BLF\HC.18\01378Barton_transfer(CD)